DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THEODORE OBERMEYER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D22-487 and 4D22-503

[June 23, 2022]

Consolidated appeals of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case Nos. 502011CF008807CXXXMB and 502012CF000364AXXXMB.

Theodore Obermeyer, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***